**3**

Edgar HOWERTON v. STATE. (No. 8762.) (Court of Criminal Appeals of Texas. June 4, 1924. Rehearing Denied Nov. 5, 1924.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Shelton & Shelton, of Austin, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Travis county of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record is before us, without statement of facts or bills of exception. Appellant pleaded guilty, and the jury gave him the lowest penalty. No error appearing, an affirmance will be ordered.

**4**

Noel JASPER v. STATE. (No. 8794.) (Court of Criminal Appeals of Texas. Oct. 22, 1924.) Appeal from Criminal District Court, Dallas County; Grover C. Adams, Special Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Dallas county of theft of property of more than the value of $50, and his punishment fixed at two years in the penitentiary. The record is before us without statement of facts or bills of exception, and the indictment being in correct form, and the charge of the court properly submitting the law, an affirmance will be ordered.

**5**

J. H. JOHNSON v. STATE. (No. 8968.) (Court of Criminal Appeals of Texas. Oct. 15, 1924.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is incest; punishment fixed at confinement in the penitentiary for a period of eight years. Upon the written and verified request of the appellant, the appeal is dismissed.

**6**

Ruel LAMAR v. STATE. (No. 8797.) (Court of Criminal Appeals of Texas. Oct 22, 1924.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Dallas county of robbery, and his punishment fixed at 15 years in the penitentiary. The indictment is in correct form, there is no statement of facts or bill of exceptions, and, the charge of the court correctly submitting the law, it becomes our duty to affirm the judgment; and it is so ordered.